Magistrate Judge McCandlis

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. MJ19-321 |
| Plaintiff, | COMPLAINT for VIOLATION |
| v. | Title 18, U.S.C., Section 1341 |
| VOLODYMYR KVASHUK, | |
| Defendant. | |

BEFORE, the Honorable Paula L. McCandlis, United States Magistrate Judge, U. S. Courthouse, Seattle, Washington.

The undersigned complainant being duly sworn states:

## COUNT 1

### (Mail Fraud)

**A.    Background**

1.      At all relevant times, Microsoft Corporation ("Microsoft") was an American multinational corporation headquartered in Redmond, Washington, that developed, manufactured, licensed, supported and sold computer software, consumer

COMPLAINT/KVASHUK - 1

1  electronics and personal computers and services.  Microsoft maintained an online store

2  that was accessible to the general public via the Internet.  A customer looking to purchase

3  products from Microsoft could establish an account (linked to the customer's email

4  address) and purchase various items from Microsoft, including digital currency (such as a

5  digital gift card) that could be redeemed for other Microsoft products or services.

6       2.     Microsoft assigned a group of software testers (the "Universal Store Team"

7  or "UST") to make simulated purchases of products from the online store.  The purpose

8  of the testing program was to ensure that customers could make purchases smoothly and

9  efficiently.  VOLODYMYR KVASHUK was a member of the testing group during the

10  August 2016 to June 2018 timeframe.  For part of that time period, VOLODYMYR

11  KVASHUK was employed by an outside vendor that supplied testers to Microsoft.  For

12  the remained of that timeframe (except a short period) VOLODYMYR KVASHUK was

13  directly employed by Microsoft.

14  **B.**     **The Scheme To Defraud**

15       3.     In order to conduct testing, UST members first had to establish a test

16  customer account with the Microsoft online store.  The test store account would be linked

17  to an email account created specifically for the purposes of testing.  The test email

18  account would include the tester's name (or some portion of the name).  The UST team

19  would then "whitelist" the test store account, meaning that purchases made from the

20  account would automatically bypass Microsoft's security and risk protocols, which

21  monitored online purchases in order to detect possible fraud.  The test accounts were

22  linked to artificial payment devices ("Test in Production" or "TIP" cards) – in effect,

23  phony credit cards – that allowed the tester to simulate a purchase without generating an

24  actual charge.

25       4.     The testing program was designed to block the delivery of physical goods.

26  Microsoft did not anticipate that testers would make test purchases of digital currency

27  ("Currency Stored Value" or "CSV") and thus no safeguards were put in place to prevent

28

COMPLAINT/KVASHUK - 2

1   the delivery of CSV.  Thus, a tester who purchased CSV using a test account would

2   receive valuable CSV that could then be used to purchase Microsoft products or services.

3       5.      The essence of the scheme and artifice to defraud was for VOLODYMYR

4   KVASHUK to use his role as a tester of Microsoft's online store to obtain property,

5   including CSV, from Microsoft through materially false and misleading pretenses,

6   representations, and statements.  VOLODYMYR KVASHUK resold much of the

7   fraudulently obtained digital currency to third parties.  During the course of the scheme,

8   VOLODYMYR KVASHUK fraudulently obtained over $10,000,000 in CSV and other

9   property from Microsoft.  VOLODYMYR KVASHUK knew that he was not authorized

10  to obtain CSV in his role as a tester, and disguised his identity using various false and

11  misleading pretenses, representations, and statements.

12  **C.     Manner and Means**

13      6.      It was part of the scheme and artifice to defraud that, in 2017, while

14  employed by a Microsoft vendor and assigned to the UST, VOLODYMYR KVASHUK

15  began using the test account created for him (the "vokvas" account) to make

16  unauthorized purchases of CSV from Microsoft's online store.  VOLODYMYR

17  KVASHUK purchased over $10,000 of CSV from approximately April to October of

18  2017.

19      7.      It was further part of the scheme and artifice to defraud that

20  VOLODYMYR KVASHUK redeemed some of the CSV he obtained during this period

21  and used it to make purchases.  In several instances, VOLODYMYR KVASHUK

22  concealed his identity as the person who was redeeming the CSV by using Microsoft

23  store accounts that were not in his name.  In at least one instance, VOLODYMYR

24  KVASHUK redeemed some of the CSV – using it to purchase a subscription to Microsoft

25  Office – via a Microsoft store account established in the name of a business that

26  VOLODYMYR KVASHUK was associated with.  In other instances, VOLODYMYR

27  KVASHUK redeemed the CSV using store accounts that were linked to temporary email

28  accounts that did not contain VOLODYMYR KVASHUK's name in the email address,

COMPLAINT/KVASHUK - 3

1    namely pikimajado@tinoza.org (the "pikimajado" account) and xidijenizo@axsup.net

2    (the "xidijenizo" account).  Furthermore, VOLODYMYR KVASHUK concealed his

3    connection to the pikimajado and xidijenizo accounts by providing a false name and a

4    false address as contact information for the store accounts.

5         8.    It was further part of the scheme and artifice to defraud that, on or about

6    October 22nd and October 24th of 2017, VOLODYMYR KVASHUK used the redeemed

7    funds in the pikimajado and xidijenizo accounts to order three GeForce GTX 1070 video

8    or "graphics" cards with a total cost of approximately $2,024.58 from Microsoft's online

9    store.  The cards were shipped by Federal Express, a private or interstate commercial

10   carrier, from Ontario, California, to Seattle, Washington, on or about October 22nd and

11   October 24th of 2017.

12        9.    It was further part of the scheme and artifice to defraud that, beginning in

13   approximately November of 2017, VOLODYMYR KVASHUK escalated the scale of his

14   unauthorized CSV purchases.  To conceal his identity, VOLODYMYR KVASHUK

15   avoided using the "vokvas" test account that was associated with himself, and began

16   using test accounts created for, and associated with, other members of the UST, namely

17   the "av," "sf," and "za" accounts.  Between approximately November 26, 2017, and

18   March 23, 2018, VOLODYMYR KVASHUK purchased over $10,000,000 in CSV from

19   these accounts.  In addition to using accounts associated with other testers,

20   VOLODYMYR KVASHUK used one or more services specializing in Internet

21   anonymity to conceal his role in the unauthorized purchases of CSV.

22        10.   It was further part of the scheme and artifice to defraud that

23   VOLODYMYR KVASHUK used reseller websites to sell at least some of the CSV to

24   third parties, who could then redeem the CSV and purchase items from Microsoft.

25   VOLODYMYR KVASHUK used the proceeds of the scheme to purchase property for

26   his own benefit, including a home and a vehicle.

27

28

COMPLAINT/KVASHUK - 4

**D.      Execution Of The Scheme To Defraud**

      11.      On or about October 22, 2017, at Seattle, within the Western District of Washington and elsewhere, VOLODYMYR KVASHUK, for the purposes of executing the above-described scheme to defraud and to obtain money and property, and attempting to do so, did knowingly cause to be sent and delivered by Federal Express, a private and commercial interstate carrier, one or more Microsoft graphics cards, from Ontario, California, to Seattle, Washington.

      All in violation of Title 18, United States Code, Section 1341.

      And the complainant states that this Complaint is based on the following information:

      I, MICHAEL SPIESS, being first duly sworn on oath, depose and say:

<u>**Affiant's Background**</u>

      1.      I am a Special Agent with the United States Secret Service ("USSS"), and have been since September 22, 2002.  I am currently assigned to the Seattle Field Office. I am a graduate of the Federal Law Enforcement Training Center located in Glynco, Georgia, and the USSS Special Agent Training Program located in Beltsville, Maryland. Before becoming a Special Agent, I was employed with the USSS as a Uniformed Officer in Washington, D.C.  Before that, I served as a United States Immigration Inspector in Toronto, Canada.  I have a Bachelor of Arts Degree from Daemen College in Amherst, New York.  In the course of my official duties as a Special Agent, I have investigated a broad range of financial crimes, including credit card fraud, bank fraud, access device fraud, embezzlement, corporate theft of monies, money laundering, and counterfeit currency and securities.  As a result, I have experience with various methods and practices used by criminals to commit fraud.

      2.      For purposes of conducting this investigation and drafting this affidavit, I have spoken to other agents, law enforcement officials and witnesses.  The statements contained in this affidavit are based on my personal knowledge, and on information that

COMPLAINT/KVASHUK - 5

1   has been provided to me directly or indirectly by other investigating agents, and on my

2   experience and training.  I also have reviewed files and reports provided by other law

3   enforcement agencies and public databases and records.  Some of the information in this

4   affidavit was provided to me by Internal Revenue Service Special Agent Eric Hergert.

5   SA Hergert is a member of the investigative team, and is extremely familiar with

6   electronic evidence, cybercrime, and technologies related to computers and the Internet.

7   SA Hergert also has specialized training in cryptocurrencies, with a focus on Bitcoin and

8   Ethereum.  This has included training into how publically viewable "blockchains" record

9   cryptocurrency transactions, how to trace funds through these transactions, attribution

10  techniques used to identify individuals responsible for conducting the transactions, and

11  methods used by individuals to obfuscate the source of, or their control of,

12  cryptocurrencies.  SA Hergert has used these techniques in prior and ongoing

13  investigations.  Additionally, SA Hergert has conducted cryptocurrency training for

14  others, both internal to the IRS, as well as for external third parties.

15          3.       This affidavit does not detail each and every fact and circumstance that I or

16  others have learned during the course of this investigation. Rather, this affidavit serves

17  solely to establish that there is probable cause to believe that VOLODYMYR

18  KVASHUK committed the crime of Mail Fraud in violation of Title 18, United States

19  Code, Section 1341.

20                                            **Summary**

21          4.       VOLODYMYR KVASHUK is a Ukranian citizen who has been living in

22  the United States since 2015.  The investigation has shown that KVASHUK devised and

23  executed a scheme to defraud Microsoft Corporation ("Microsoft").  KVASHUK worked

24  for Microsoft and was assigned to test the company's online retail sales platform.  In that

25  role, KVASHUK was supposed to make simulated purchases of Microsoft products from

26  the company's online store.  The testing system was designed to ensure that no physical

27  products would be shipped.  KVASHUK, however, used test accounts to purchase

28  massive amounts of "currency stored value," or "CSV," such as digital gift cards.  The

COMPLAINT/KVASHUK - 6

1 testing program was not supposed to involve purchases of CSV, and no mechanisms were

2 in place to prevent the delivery of valuable CSV to the tester.  The investigation has

3 shown that KVASHUK, in his role as a tester, purchased millions of dollars of CSV,

4 which he then resold on the Internet.  KVASHUK used the proceeds of the fraud to

5 purchase, among other things, a $160,000 Tesla car and a $1.6 million home in Renton.

6 **The Investigation**

7      5.     As part of this investigation, I have obtained records from numerous

8 sources, met with counsel for Microsoft, and interviewed Microsoft employees who

9 investigated the CSV theft.

10 Microsoft's Program To Test Online Retail Sales

11      6.     Microsoft has given me a copy of VOLODYMYR KVASHUK's resume,

12 which shows that he is a Seattle-based software engineer.  According to information

13 provided by Microsoft, KVASHUK was an employee of a Microsoft vendor.  As part of

14 his employment with the vendor, KVASHUK worked on matters for Microsoft from

15 August 26, 2016, until October 1, 2017.  During that time, KVASHUK worked out of

16 Microsoft's office and had access to the company's computer network.  On December 1,

17 2017, Microsoft hired KVASHUK as a full-time employee with an annual salary of

18 approximately $116,000.  KVASHUK worked for Microsoft until June 22, 2018.

19      7.     Microsoft sells various products to the general public over the Internet via

20 its online store.  To make purchases from the Microsoft store, a customer must establish a

21 Microsoft store account that is linked to an email address and to one or more payment

22 devices (such as a credit card).  As both an employee of an outside vendor, and as a

23 Microsoft employee, KVASHUK was a member of Microsoft's Universal Store Team

24 ("UST"), which supports the company's online retail platform by (among other things)

25 managing a program that tests the online sales system.

26      8.     The testing program involves creating test Microsoft store accounts that are

27 linked to test email accounts created specifically for the purpose of the testing program.

28 A tester creates a test email account by using a naming convention for the account: the

COMPLAINT/KVASHUK - 7

1   name begins with "mstest," followed by an underscore and the user name of the tester.
2   The tester then requests that the UST team "whitelist" the account, meaning that
3   purchases made from the account will automatically bypass Microsoft's security and risk
4   protocols, which monitor online purchases in order to detect possible fraud.  The test
5   accounts are linked to artificial payment devices ("Test in Production" or "TIP" cards) –
6   in effect, phony credit cards – that allow the tester to simulate a purchase without
7   generating an actual charge.  Once the whitelisted account is created, the tester uses that
8   account to attempt to make online product purchases from Microsoft, just as an ordinary
9   consumer would.  Although each test account was created for a particular tester, the login
10  and password information for the test accounts was stored in an electronic document that
11  was accessible to multiple testers.  Microsoft investigators told me that, in practice,
12  testers sometimes used test accounts set up for other testers.
13          9.      According to Microsoft, the testing program was designed to test the
14  company's online sales of physical goods only.  When a tester used a whitelisted account
15  to purchase physical goods, the system ensured that no goods were actually delivered.
16          10.     According to Microsoft, the testing program was not designed for simulated
17  purchases of electronic currency stored value ("CSV"), such as digital gift cards.  Testers
18  were not authorized to use test accounts to make test purchases of CSV.  Because
19  Microsoft did not expect testers to purchase CSV, the system had no safeguards to
20  prevent the delivery of actual, usable CSV to a tester who made a purchase from a
21  whitelisted account.  Accordingly, if a tester did purchase CSV, the system would
22  generate a valid and usable product "key" that could be "redeemed," meaning that the
23  value of the digital currency would be added to an electronic "wallet" linked to a
24  customer account.  Once redeemed, the CSV could be used to buy both physical and
25  digital products from the Microsoft store.
26  The Theft Of $10 Million In Microsoft's Digital Currency
27          11.     According to information provided by Microsoft, in February of 2018,
28  Microsoft's UST Fraud Investigation Strike Team ("FIST") noticed a suspicious increase

COMPLAINT/KVASHUK - 8

1   in the use of CSV to buy subscriptions to Microsoft's Xbox live gaming system from

2   Microsoft's online store.  FIST investigated and discovered that the suspicious CSV had

3   originally been purchased from Microsoft through two whitelisted test accounts

4   associated with the email accounts I will refer to as the "av" and "sf" accounts. The CSV

5   was then resold on the secondary market, at a steep discount, via at least two online

6   reseller websites, g2a.com and nokeys.com. Customers who purchased the CSV on the

7   secondary market then redeemed the CSV at Microsoft's online store for Xbox live

8   subscriptions.

9          12.     The websites g2a.com and nokeys.com are located at IP addresses

10  88.198.39.152 and 67.229.64.252, respectively.  According to open source research, the

11  servers hosting these websites are located in Germany and California, respectively.

12         13.     The av and sf test accounts were not established by KVASHUK, but rather

13  by other Microsoft employees.  However, the username and passwords for those and

14  other test accounts were stored on Microsoft's network, giving KVASHUK and many

15  other Microsoft employees access to them.  FIST discovered that the av and sf test

16  accounts were used to buy a large amount of CSV between November 2017 and March

17  2018.  The av and sf accounts were blocked by Microsoft on or about March 15, 2018.

18  FIST later discovered that a third test account I will refer to as the "za" account was also

19  responsible for a suspicious spike in CSV purchases, conducting approximately 166

20  purchases of CSV between March 22 and March 23, 2018.  This account was blocked on

21  or about March 23, 2019

22         14.     The three suspicious test accounts were used to purchase roughly $10.1

23  million in CSV from Microsoft.  Microsoft was able to "blacklist" roughly $1.8 million in

24  CSV to prevent it from being redeemed, resulting in a total loss to Microsoft of

25  approximately $8.3 million.

26

27

28

COMPLAINT/KVASHUK - 9

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE
5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| CSV Redemptions by Acquisition Account | | | |
|---|---|---|---|
| **Account** | **2017** | **2018** | **Total** |
| av | $357,595.00 | $1,298,010.00 | $1,655,605.00 |
| sf | $601,261.27 | $5,444,340.04 | $6,045,601.31 |
| za | $0.00 | $643,380.00 | $643,380.00 |
| **Total** | **$958,856.27** | **$7,385,730.04** | **$8,344,586.31** |

15.     Microsoft interviewed the employees who created the three suspicious test accounts and found no evidence that they were involved in the fraudulent CSV purchases.

Evidence Of Kvashuk's Involvement In The Theft

16.     A variety of evidence shows that KVASHUK was involved in the CSV theft from Microsoft.

*Kvashuk's Use Of His Own Test Account For Theft*

17.     As an initial matter, KVASHUK has admitted to Microsoft investigators that he used the Microsoft store test account that he created – linked to mstest_v-vokvas@outlook.com (the "vokvas" test account) – to make unauthorized purchases.  Microsoft records show that the vokvas test account made purchases (typically of CSV) on April 28, July 10, September 29, October 4, October 7, October 11, and October 22 of 2017.  The amount of CSV obtained through the vokvas account totaled approximately $12,304.99, of which approximately $4,464.99 was redeemed.[1]

18.     On October 7, 2017, the vokvas test account was used to purchase an electronic "token" for a subscription to Microsoft Office for $164.99.  That token was redeemed by a Microsoft store account linked to the email address admin@searchdom.io.  Microsoft records show that the name on the Microsoft online store account for

---

[1] Approximately $100 of the redeemed CSV appears to have been in Canadian currency.  It was not possible to determine from the records available how much of the $12,3043.99 in CSV obtained through the vokvas account was in a foreign currency.

COMPLAINT/KVASHUK - 10

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1   "searchdom" is "Volo kvashuk," and the address is an apartment complex, 5035 15th

2   Avenue, Unit 101, in Seattle (the "15th Avenue" apartment).  A copy of KVASHUK's

3   resume (provided by Microsoft) lists him as the co-founder and Chief Technology Officer

4   of "SearchDom."  Washington Secretary of State records list KVASHUK as a "governor"

5   for Searchdom, Inc.  Also listed as a "governor" in Secretary of State records is "L.W."

6   Additionally, L.W. is the registrant contact for the domain name searchdom.io.

7   According to records obtained from Namecheap, the domain name was registered in

8   January 21, 2017.

9        19.     According to Microsoft records, KVASHUK's vokvas test account was

10   used to purchase approximately $10,164.99 in CSV in October 2017.

11       20.     On October 22 and 24, 2017, approximately $2,500 in CSV obtained by the

12   vokvas test account was redeemed to Microsoft store accounts linked to the email

13   addresses pikimajado@tinoza.org (the "pikimajado" account) and xidijenizo@axsup.net

14   (the "xidijenizo" account).  Subscriber information has not been obtained for these email

15   addresses.  Based on open source research, it appears these email addresses may be

16   associated with temporary email services.  These services often do not log subscriber

17   information, and only keep the email account active for a few minutes.

18       21.     On October 22 and 24, 2017, the redeemed funds in the pikimajado and

19   xidijenizo accounts were used to order three GeForce GTX 1070 video or "graphics"

20   cards with a total cost of approximately $2,024.58 from Microsoft's online store.[2]

21   Microsoft's records show that the name and address associated with the Microsoft online

22   store accounts linked to the  pikimajado and xidijenizo  email accounts is "Grigor shikor"

23   at the same 15th Avenue apartment complex that KVASHUK lived at, but at Unit 309

24   (instead of KVASHUK's unit, 101).  Microsoft provided the FedEx tracking numbers for

25   the shipment of these cards.  By entering the tracking numbers into FedEx's website, I

26   

27   [2] Microsoft records show attempts to access the vokvas test account from IP addresses located in Russia and Japan
on October 22, 2017.  These may have been attempts by KVASHUK to disguise his IP address, although that has

28   not been confirmed.

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE
5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1   was able to determine that the video cards were shipped from Ontario, California to

2   Seattle, Washington on or about October 22nd and 24th of 2017.  Additionally, FedEx's

3   website indicated that at least one of the video cards was delivered to the recipient

4   address.

5        22.     From my training and experience, I know that FedEx is a "private or

6   commercial interstate carrier" as that term is used in Title 18, United States Code,

7   Section 1341.

8        23.     Public records searches did not identify anyone by the name of "Grigor

9   Shikor" in Washington.  However, a Grigoriy Kvashuk was identified as living in

10  Oregon.  As part of my investigation, investigators obtained phone records for 951-397-

11  8122, which is listed as KVASHUK's phone on his resume.  The subscriber name on that

12  account is "Grigory Kvashuk."  Additionally, the Washington Department of Licensing

13  lists KVASHUK and Grigoriy Kvashuk as registered owners of a Honda Insight.

14       24.     According to Microsoft records, approximately $600 of the CSV purchased

15  by the vokvas account was redeemed to a Microsoft store account linked to the email

16  address safirion@outlook.com (the "safirion" account).  The registered name associated

17  with the safirion@outlook.com email account is "volo kv".  The current address is on 7th

18  Avenue in Seattle, and the former address was KVASHUK's apartment at the 15th

19  Avenue complex.

20       25.     Microsoft investigators interviewed KVASHUK on May 10 and May 18 of

21  2018.  Although no law enforcement officer was at those interviews, I have listened to

22  recordings of the interviews.  The interviews were not completely recorded because of a

23  technical problem, but I have also read summaries of the interviews and spoken with

24  Microsoft investigator Andy Cookson, who was present at both interviews.

25       26.     The interviewers asked KVASHUK about the purchases made with the

26  vokvas test account.  KVASHUK admitted that he had created the vokvas account.  He

27  also admitted to making some unauthorized purchases from the account.  KVASHUK

28  suggested that there was a lack of guidance from his superiors about what could and

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1   could not be purchased via a test account, and claimed to have only been told that test

2   accounts should not be used to purchase subscriptions.[3]   KVASHUK claimed that he

3   believed it was permissible to use test accounts to buy CSV because it was not "real"

4   money.

5       27.     KVASHUK admitted to Microsoft investigators that he used his test

6   account to purchase CSV.  He admitted that the "safirion" account was his personal

7   account, and that he used stolen CSV to buy movies from the Microsoft store.

8   KVASHUK admitted that he had tried to buy a video card, but claimed that it had never

9   arrived.

10      28.     The investigators asked KVASHUK about the video cards purchased (using

11  CSV obtained by the vokvas test account) in the name of "Grigor Shikor" at Unit 309 of

12  the 15th Avenue complex.  KVASHUK denied purchasing those cards.  When asked if he

13  knew "Grigor Shikor," KVASHUK initially said, "it's complicated," but then denied

14  knowing him.[4]   KVASHUK admitted that he lived at the 15th Avenue complex, but

15  denied receiving the cards.

16      29.     With respect to the Office subscription purchased by the searchdom

17  account (using a token obtained by the vokvas test account), KVASHUK said that he and

18  another person were business partners in SearchDom.  KVASHUK said that he did not

19  remember this event and suggested that he might have made a mistake.

20      30.     According to Microsoft records, prior to November 22, 2017, all of the

21  CSV acquired through the vokvas account was redeemed to Microsoft online store

22  accounts associated with the email addresses admin@searchdom.io,

23  xidijenizo@axsup.net, or pikimajado@tinzoa.org.

24      31.     According to records obtained from Google, on November 22, 2017, at

25  approximately 12:17 PM, KVASHUK conducted an internet search for "cash in xbox

26

27  _____

    [3] Microsoft investigators have stated that the testers may not have been specifically told that purchasing CSV was
    prohibited, as the possibility that testers would purchase CSV was simply not contemplated.

28  [4] This part of the interview was not recorded.

COMPLAINT/KVASHUK - 13

1   gift." Then KVASHUK immediately visited the website, gameflip.com. Gameflip.com

2   advertises that it allows users to list Xbox Live gift cards for sale on its site. After a gift

3   card is purchased by a customer, Gameflip.com deposits the proceeds into the seller's

4   "gameflip wallet." The seller can then withdraw the proceeds "any time into your

5   PayPal, bank account, or Bitcoin."

6        *32.*     Subsequently, on November 22, 2017, at approximately 7:48 PM, $50

7   Canadian of CSV acquired through the vokvas account was redeemed to an unknown

8   individual's Microsoft store account associated with the email address

9   sunmoon94@hotmail.ca. Over the next few days, approximately 12 more redemptions of

10  CSV acquired by the vokvas account (totaling approximately $1,150 ($50 of which was

11  Canadian)) were made to Microsoft store accounts associated with email addresses with

12  no known connection to KVASHUK. Based on this information, it appears he began

13  selling the CSV through third party websites on or about November 22, 2017.

14      *Evidence Linking KVASHUK to CSV Thefts Through Other Test Accounts.*

15       *33.*     The vast majority of the $10 million in stolen CSV was obtained through

16  the av, sf, and za test accounts. As noted, although these accounts were created by other

17  testers, KVASHUK would have had access to the login information necessary to access

18  these accounts. Furthermore, Microsoft investigators stated that – by using test accounts

19  set up for other testers, rather than this own test account – KVASHUK made it more

20  difficult for Microsoft to identify him as a suspect in the thefts.[5] Based on information

21  provided by Microsoft, it appears that these accounts were used to make unauthorized

22  CSV purchases from approximately November 26, 2017, through March 23, 2018.[6] As

23  best as can be determined from the available information, it appears that CSV was resold

24

25

26

27  [5] As previously noted, Microsoft investigators also told me that the test accounts were sometimes shared among
    testers who were using the accounts for legitimate testing.

28  [6] KVASHUK was not employed at Microsoft for the early part of this time period, but could have used any Internet-
    enabled device to access and log into the test accounts.

COMPLAINT/KVASHUK - 14

1   (most likely at a steep discount) through online resellers to customers who used the CSV
2   to make purchases from Microsoft's online store.

3       34.    Although KVASHUK admitted to only making very limited purchases of
4   CSV from his test account, the investigation has shown probable cause to believe that
5   KVASHUK used the av, sf, and za accounts to make unauthorized CSV purchases.
6   Some of the evidence comes in the form of Internet Protocol ("IP") address data. An IP
7   address is a numerical label assigned to each device that is connected to a computer
8   network that accesses the Internet. In general, Microsoft's online sales platform records
9   the IP addresses used to access the company's website. However, because the test
10  accounts bypassed several safeguards, IP addresses were only captured on approximately
11  489 of 1,554 transactions.

12      35.    Microsoft records show that between December 29, 2017, and March 23,
13  2018, at least $2.4 million of CSV was purchased using the av, sf, and za accounts in
14  over 400 transactions from devices using at least 34 different IP addresses beginning with
15  173.244.44, including IP addresses 173.244.44.19 (February 2018 and March 2018),
16  173.244.44.37 (December 2017 and March 2018), 173.244.44.58 (February 2018 and
17  March 2018), and 173.244.44.89 (January 2018, February 2018, and March 2018).
18  Microsoft investigators initially told me that they believed that the IP addresses beginning
19  in 173 were publicly-available IP address (such as one might find at a coffee shop with
20  WiFi) because other Microsoft employees had logged in via these addresses. As set forth
21  below, however, the investigation suggests that "173" IP addresses are not publicly
22  available.

23      36.    The investigation has shown that KVASHUK used a 173.244.44.* IP
24  address to access a Microsoft store account linked to his personal email address,
25  kvashuk.volodymyr@gmail.com (the "kvashuk" account)[7] at least nine times between
26  December 2 and December 19 of 2017, including IP addresses 173.244.44.19,

27  _____

28  [7] The kvashuk.volodymyr@gmail.com account is listed as KVASHUK's personal account on his resume.

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE
5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1   173.244.44.37, and 173.244.44.58.  He also logged into his Coinbase cryptocurrency

2   account using IP address 173.244.44.89 on December 2, 2017.  However, no incidents

3   have been identified where KVASHUK used a 173.244.44.* IP address and a test account

4   used the same IP address on the same day to purchase CSV.

5          37.     Records obtained through the course of the investigation indicate that IP

6   addresses 173.244.44.19, 173.244.44.37, 173.244.44.58, and 173.244.44.89 are assigned

7   to the company London Trust Media, Inc.  This company operates a virtual private

8   network[8] (VPN) service that specializes in anonymity online under the name Private

9   Internet Access through the website www.privateinternetacess.com.  The use of a VPN

10  can effectively conceal the true IP addresses that somebody is using to connect to the

11  Internet.  While I am continuing to investigate the 173.244.44.* IP addresses, I believe

12  that all of the 173.244.44.* IP addresses associated to this investigation are controlled by

13  London Trust Media, Inc.  Microsoft records show that Microsoft employees other than

14  KVASHUK have logged in via the 173.244.44.* IP addresses.  Based on my training and

15  experience, and on information from other investigators, this does not suggest that the IP

16  addresses are publicly available, but rather that other Microsoft employees have also used

17  the London Trust VPN service.

18         38.     Internet activity associated with the kvashuk.volodymyr@gmail.com

19  account obtained from Google via a search warrant shows that KVASHUK conducted

20  searches for terms related to, or visited websites for, Private Internet Access (or "PIA") at

21  least once on November 27, 2017, and at least six times on December 17, 2017.  The

22  internet searches include the terms "pia hide tor traffic," "pia," "pia port forwarding," and

23  "pia virus."  Google records show he visited a Private Internet Access helpdesk article

24  _____

25  [8] A virtual private network (VPN) is programming that creates a safe and encrypted connection over a less secure
    network, such as the public internet. A VPN works by using the shared public infrastructure while maintaining
26  privacy through security procedures and tunneling protocols. In effect, the protocols, by encrypting data at the
    sending end and decrypting it at the receiving end, send the data through a "tunnel" that cannot be "entered" by data
27  that is not properly encrypted.  Often times, a VPN will also provide a proxy server service.  With this service, a
    user's true IP address is masked when accessing resources on the internet, such as websites.  The internet resource
28  would only be able to see the IP address of the proxy server.

COMPLAINT/KVASHUK - 16

1  shortly after conducting these searches titled "Can I use TOR[9] with the Private Internet

2  Access service." These searches suggest that, during the same time that the fraud scheme

3  was ramping up, KVASHUK was researching ways to conceal his identity on the

4  Internet.

5        39.    According to records obtained from Microsoft, the first date a 173.244.44.*

6  IP address was used to obtain CSV as part of this scheme was on December 29, 2017,

7  when a CSV "purchase" was made through the av account. IP addresses in the

8  173.244.44.* range were used several times to obtain CSV through the av, sf, and za

9  accounts through March 23, 2018.

10        40.    Based on my training and experience, and on information from other

11  investigators, KVASHUK may have believed that by using a VPN service specializing in

12  online anonymity to commit the fraud, he could disguise his involvement in the crimes.

13  Specifically, according to the Private Internet Access website, their VPN service provides

14  "IP Cloaking" by masking a user's IP address with one of their anonymous IP addresses.

15  Based on KVASHUK's experience as a software developer, and his experience working

16  with Microsoft on their online store, I believe he would know that the Microsoft online

17  store records the IP address of the users conducting transactions, and that a VPN service

18  would mask his true IP address, thereby disguising his involvement.

19        41.    Another IP address, 4.35.246.19, was also used to access the av and sf test

20  accounts at least 24 times for purchases of over $131,000 in CSV in connection with the

21  fraud. The IP address was also used to access three Microsoft store accounts linked to

22  KVASHUK. It was used at least 54 times between October 24, 2017 and November 24,

23  2017 to access the pikimajdo and xidijenizo accounts[10] (the accounts used to order the

24

25    [9] In this context, TOR appears to be an acronym for "The Onion Router." TOR is an open-source software program
26  that allows users to disguise their IP address through encryption and by bouncing their internet traffic through
    multiple other computers on the internet while operating compatible software.
  [10] Federal Express tracking logs show a login to the company's tracking system in connection with an order placed
27  from the pikimajado email account. The login appears to be from Chesterbrook, PA. Although my investigation is
    continuing, this login may have been done via a VPN, which allows the user to give the appearance of a login from a
28  different location than where the user is actually at.

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE
5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1   graphics cards delivered to "Grigory Shikor" at KVASHUK's apartment complex) and

2   used at least 21 times on November 24, 2017 to access the vokvas test account (the test

3   account created by KVASHUK).  This IP address is registered to Level 3

4   Communications. By the time this IP address was provided to investigators, subscriber

5   records for the dates and times in question were outside of Level 3 Communications'

6   retention period.

7          42.      A third IP address, 50.243.108.211, was used five times on December 12,

8   2017, to purchase approximately $39,500 of CSV using the sf test account.  It was also

9   used to access the vokvas account on June 5, 2017 and October 22, 2017, and the

10  xidijenizo account on October 22, 2017.  The same IP address had also been used on

11  February 20, 2017 by KVASHUK when opening an account with the cryptocurrency

12  exchange Coinbase.  As discussed below, KVASHUK deposited at least some of the

13  proceeds of the fraud into this Coinbase account.  Level 3 Communications also provides

14  end user service for this IP address.  By the time this IP address was provided to

15  investigators, subscriber records for the dates and times in question were outside of Level

16  3 Communications' retention period.

17         43.      The fact that all of the above IP addresses are linked to both KVASHUK

18  and the test accounts used to commit the fraud strongly suggests KVASHUK's

19  involvement in the crime.

20         44.      KVASHUK is also linked to the av and sf accounts through a technology

21  known as "Fuzzy Device" identification.  When a person uses a particular device to

22  access Microsoft's online store, that device leaves a digital trail known as a "Fuzzy

23  Device" identifier.  According to Microsoft, although it is theoretically possible for two

24  devices to have the same Fuzzy Device ID, it is very unlikely.  As a result, if multiple

25  logins are made from the same Fuzzy Device ID, there is a strong inference that the same

26  device (a particular computer, cell phone, etc.) was used to make all of those logins.

27         45.      Between October 22, 2017, and November 26, 2017, Microsoft's records

28  show the same Fuzzy Device ID for logins to accounts known or believed to be

COMPLAINT/KVASHUK - 18

1    associated with KVASHUK (the vokvas, xidijenizo, and pikimajado accounts) as well as

2    at least some logins to the accounts by which most of the CSV was stolen (av and sf).

3    Similarly, Microsoft records show that the user who logged into all of those accounts

4    was, on at least some occasions, running the same version of the Linux operating system

5    and the same outdated version of the Mozilla Firefox browser – further evidence that a

6    single device logged into all of those accounts.

7          46.    The fuzzy device ID bb92c484-876b-4d87-adca-943b90a2d98e (the "98e"

8    ID) was the only fuzzy device ID used to make purchases on the Microsoft online store

9    by the accounts associated with the email addresses pikimajado@tinzoa.org and

10   xidijenizo@axsup.net.  The 98e ID was also used to make purchases on the Microsoft

11   online store by the vokvas, av, and swfe2eauto accounts.  According to Microsoft, no

12   other Microsoft store accounts were associated with the 98e ID.

13         47.    Based on my training and experience, and on information from other

14   investigators, I know that the term "Device ID" is a generic industry term for an identifier

15   for an electronic device.  Some devices have a unique identifier specifically labeled as a

16   "Device ID" by a hardware manufacturer.  When one hardware manufacturer, website,

17   government agency, or any other company refers to the identification of, collection of, or

18   use of a "Device ID," they are generally talking about a different identifier or mechanism

19   for generating a Device ID that is unique to that manufacturer or other entity.  Device IDs

20   are generally used to identify multiple transactions conducted by the same device.

21         48.    I also know that Device IDs are often created by collecting a very large

22   collection of not-so-unique browser and system components that a web-browser allows a

23   website to view/collect, such as operating system, web-browser, screen resolution, and

24   many other settings.  If any of the settings used to calculate the Device ID change, the

25   Device ID will change.  An individual with knowledge of Device IDs could disguise the

26   fact that they are conducting multiple transactions from the same device by changing

27   some of these settings.  Additionally, Device IDs would change if the individual used

28

COMPLAINT/KVASHUK - 19

1  more than one device, or used virtual machines[11] to simulate the use of more than one

2  device.

3        49.      In total, Microsoft captured Fuzzy Device ID information on

4  approximately 223 of the 1,554 purchases of CSV using the av, sf, and za accounts.[12]

5  Over the course of the scheme, a total of 14 different Fuzzy Device IDs were captured on

6  these 223 transactions.  Most of the Fuzzy Device IDs were only used to purchase the

7  CSV for one day.  This could be indicative of using multiple devices, or the use of virtual

8  machines.  The first Fuzzy Device ID listed on the chart below – the 98e address – was

9  used to access the vokvas, xidijenizo, and pikimajado accounts between October 22 and

10  24, 2017, and was also used to access the av and sf test accounts to make CSV purchases

11  on November 26, 2017.  This strongly suggests that the same device was used to access

12  both accounts known to be linked to KVASHUK as well as the test accounts used to

13  commit the fraud.

14

| Device ID | Identified Purchase Transactions | Date Range |
|---|---|---|
| bb92c484-876b-4d87-adca-943b90a2d98e | 6 | 11/26/2017 |
| 58b04a06-d52c-481b-9050-34d1f5c64aab | 20 | 12/2/2017 – 12/13/2017 |
| 3bab2d39-29f9-4332-bc96-3121a57d99cd | 1 | 12/3/2017 |

---

[11] A virtual machine is simulated computer that runs its own operating system that runs like an application on another computer.  The end user has a similar experience on a virtual machine as they would have if the operating system were installed on its own device.  Several virtual machines can be installed on a single computer, and can be created in a short period of time.  The use of a virtual machine could conceal the Device ID of the underlying device.

[12] Fuzzy Device ID information was only captured for transactions conducted through the av and sf accounts.

COMPLAINT/KVASHUK - 20

| | | |
|---|---|---|
| c2313cdc-a005-421b-9fa9-159d2adbdf53 | 3 | 12/7/2017 |
| aa29eee2-3f6d-45b4-9c01-cfa320b962b1 | 11 | 12/9/2017<br>12/12/2017 |
| 455010cd-e513-44c1-8fc0-f4495b0d7453 | 6 | 12/10/2017 |
| 6d2a6011-99b5-48be-b00c-130450b26272 | 12 | 12/14/2017 |
| d117e690-0627-4624-912f-3a636457bf6d | 19 | 12/15/2017 |
| ec76885c-6718-4857-8cd9-8ea3f11ed30e | 12 | 12/16/2017 |
| 84925e6b-035f-4138-9b41-b2dbbb13efce | 10 | 12/17/2017 |
| 3b0d8c07-3656-4c4c-b938-8441c8c43716 | 17 | 12/19/2017<br>12/20/2017 |
| 21c35123-ccef-474f-ade4-8fd96984975d | 79 | 12/22/2017 –<br>1/4/2018 |
| 486e5a23-b428-478c-99ed-7c25c8d76b25 | 25 | 1/12/2018 |
| 0424b94c-9e86-4abd-a9f4-bfce92f962a1 | 2 | 1/20/2018 |

Internet activity associated with the kvashuk.volodymyr@gmail.com account obtained from Google via a search warrant shows that KVASHUK searched for terms related to, or visited websites for or related to, "VM" or "virtualbox" (a virtual machine software) at least twenty times between November 7, 2017, and November 25, 2017.

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1     *Evidence of Unexplained Wealth*

2       50.      Financial records show that KVASHUK had a large amount of unexplained

3 income during the period of the CSV thefts. According to his tax returns for 2016 and

4 2017, KVASHUK only had total income of $35,260 and $114,103, respectively.

5 According to Microsoft, for the portion of time KVASHUK was a direct employee

6 (December 2017 to June 2018), his annual salary was $116,000.

7       51.      Investigators have reviewed records for a checking account that

8 KVASHUK had at Wells Fargo bank, ending in -5789. The earliest daily balance shown

9 on the records was $429.56 on July 29, 2016. The balance on the account remained

10 under $20,000 until late November of 2017, when large amounts of money from a

11 cryptocurrency account in KVASHUK's name at Coinbase.com, began to flow into the -

12 5789 account. On November 30, 2017, over $14,000 was transferred to the -5789

13 account from Coinbase.com.[13] On December 11, 2017, over $6,600 was transferred from

14 Coinbase.com to the -5789 account. On December 21, 2017, there was a transfer of over

15 $29,000 from Coinbase.com to the -5789 account.

16       52.      The suspicious transfers escalated dramatically in early 2018. For example,

17 on January 30th, February 2nd, and February 6th of 2018, there were transfers from

18 Coinbase of over $98,000, $177,000 and $134,000, respectively. On a single day –

19 March 2, 2018 – over $500,000 was transferred from Coinbase to the -5789 account.

20 Over $1.4 million was transferred in total in March 2018, followed by over $935,000 in

21 April.

22       53.      All told, over $2.8 million was transferred from Coinbase to the -5789

23 account between November 2017 and May 2018. The approximate timeframe of the vast

24 majority of the fraud was November 2017 through March 2018. Given these timeframes,

25 and based on my training and experience, it appears that KVASHUK had converted the

26

27 ──────────────

28 [13] Of the $14,876.98 transferred, $5,024.01 was proceeds from the sale of Ethereum cryptocurrency. This
cryptocurrency had been obtained in June 2017, and is not believed to be proceeds from the wire fraud scheme.

COMPLAINT/KVASHUK - 22

1    proceeds of the fraud into cryptocurrency (or received the proceeds as cryptocurrency),

2    and then gradually converted the cryptocurrency in fiat currency and transferred the

3    proceeds to his Wells Fargo account.

4        54.      Furthermore, in order to determine the source of the cryptocurrency

5    "bitcoin" in the Coinbase account, SA Hergert has examined the bitcoin blockchain, a

6    public ledger of bitcoin transactions. SA Hergert determined that the vast majority of the

7    bitcoin deposited into the Coinbase account originated from chipmixer.com.

8    Chipmixer.com is a bitcoin "mixing" service which appears to be located in Germany. A

9    bitcoin mixing service mixes potentially identifiable bitcoin with others, with the intent to

10    obscure and conceal the original source of the bitcoin. Based on SA Hergert's training

11    and experience, the use of chipmixer.com is further evidence of an attempt to conceal

12    proceeds of the fraud.

13        55.      In addition to the bitcoin sourced from chipmixer.com, SA Hergert was

14    able to trace a deposit of 1.5 bitcoin into KVASHUK's Coinbase account on November

15    29, 2017 from Paxful.com. Paxful.com is a peer-to-peer cryptocurrency trading site.

16    This site allows users to purchase bitcoin with gift cards, including Xbox gift cards.

17    Internet activity associated with the kvashuk.volodymyr@gmail.com account obtained

18    from Google via a search warrant showed KVASHUK searched for terms related to, or

19    visited websites for or related to, paxful.com at least three times between November 24,

20    2017 and November 27, 2017. This is further evidence of KVASHUK researching

21    matters relevant to the fraud at the approximate time that the fraud scheme ramped up

22    dramatically.

23        56.      As part of the investigation, SA Hergert analyzed the value of bitcoin (in

24    United States dollars) deposited into KVASHUK's Coinbase account and compared it to

25    the purchases and redemptions of CSV.[14] SA Hergert was able to determine that, while

26    significantly lower, the value of the bitcoin deposits to KVASHUK's Coinbase account

27

28    [14] This analysis does not take into account the value of any CSV that was blacklisted by Microsoft.

COMPLAINT/KVASHUK - 23

1  generally correlated with the value of the purchased and redeemed CSV.  The reasons for

2  the lower value could include KVASHUK selling the CSV at a discount, bitcoin's

3  general decline in value during early 2018, or that not all of the proceeds from this

4  scheme have been identified.



5

6

7

8

9

10

11

12

13

14

15

16

17       57.       KVASHUK has used his unexplained wealth to make significant

18  purchases.  In March of 2018, KVASHUK paid roughly $162,000 for a Tesla vehicle.

19  According to title company records, in June of 2018, KVASHUK bought a lakeside home

20  in Renton for roughly $1.675 million.

21       58.       KVASHUK told Microsoft investigator Andrew Cookson, in an interview

22  on May 16, 2018, that he had rented a new place since the last time they spoke.  In truth,

23  records obtained during that investigation show that he had accepted a purchase

24  agreement for the Renton home as of approximately April 1, 2018, and a rental

25  agreement to occupy the property prior to closing dated April 19, 2018.  Email messages

26  from Amazon.com to KVASHUK show purchases of items to be delivered to him at the

27  Renton home as early as April 24, 2018.

28

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE
5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

*False Tax Returns*

59.    On or about February 24, 2018, KVASHUK electronically filed a 2017 Form 1040, *U.S. Individual Income Tax Return*, with the IRS.  The tax return appears to have been self-prepared by KVASHUK using the website 1040.com.  The tax return reported income of $109,440 from wages, and net gains of $4,663 from the sale of various cryptocurrencies, including bitcoin, for total reported income of $114,103. Deposits into KVASHUK's Wells Fargo bank account *5789 in 2017 totaled $139,680.76.

60.    On or about February 21, 2019, a 2018 Form 1040, *U.S. Individual Income Tax Return*, was filed electronically for KVASHUK by Tax Rite, Inc.  The tax return was prepared by a paid return preparer.  The tax return reported income of $76,927 from wages, $9,968 from dividends, and a loss of $71,745 (limited to a deductible loss of $3,000) from the sale of investments and cryptocurrency, including bitcoin, for total reported income of $83,895.  Deposits into KVASHUK's Wells Fargo bank account *5789 in 2018 totaled $2,925,374.48.

61.    As shown above, KVASHUK, through his scheme to defraud Microsoft, acquired CSV totaling approximately $971,161.26 in 2017 and $7,385,730.04 in 2018 at no cost to himself.  These amounts are includable in his gross income, and are taxable in the year they are received.

62.    KVASHUK did report the income from the sales of bitcoin to Coinbase discussed above.  However, in 2017 he only reported a taxable gain (sales price less basis) of approximately $1,547 in 2017 and a loss of approximately $69,418 in 2018. The limited gain and the loss reported on the tax returns appear to be the result of KVASHUK using the value of the bitcoin at the time he deposited them into his Coinbase account as his basis.  In truth, because the bitcoin were obtained as proceeds of his scheme to defraud, and since KVASHUK did not report the income from his scheme to defraud, his basis in the bitcoin should have been $0.  If this were the case, he would have had income from the sale of bitcoin obtained through the scheme of $47,715 in 2017

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1   and $2,846,041 in 2018, based on the sales proceeds reported on his respective tax
2   returns.

3       63.     On December 19, 2017, KVASHUK emailed J.P. from taxhotline.net.
4   Based on the context of the email, it appears to be a follow-up discussion to a prior phone
5   call.  In the message, KVASHUK indicated he was receiving gifts from his father in the
6   form of bitcoin and questioned how to show on a tax return that the funds were a gift so
7   he wouldn't "have any troubles in the future."  He specifically noted that his father
8   purchased the bitcoin with cash, and therefore had no records of the purchase.

9       64.     On February 5, 2019, KVASHUK emailed D.L., his tax return preparer,
10  regarding the preparation of KVASHUK's 2018 tax return.  In the email, he told D.L.
11  that his father sent him bitcoin, which he sold to Coinbase for cash, and references a
12  computer file that appears to be a report from Coinbase regarding transactions conducted
13  in his Coinbase account.  Based on SA Hergert's review of the tax return, the proceeds
14  from bitcoin sales reported on the tax return reconcile to the U.S. currency withdrawn
15  from Coinbase, and the cost basis claimed materially reconciles to the U.S. dollar value
16  recorded by Coinbase at the time the bitcoin was deposited to KVASHUK's account.

17      65.     As discussed above, while conducting blockchain analysis on the bitcoin
18  deposited into KVASHUK's Coinbase account, SA Hergert was able to determine that
19  the majority of the bitcoin appeared to trace back to Paxful.com and Chipmixer.com.

20      66.     Additionally, an email between KVASHUK and his father on May 18,
21  2018 includes copies of a 2018 non-immigrant visa application for KVASHUK's father
22  which stated his father was a university lecturer with a monthly income of 30,000 in
23  Ukranian currency.  Based on the exchange rate on that day, this would be approximately
24  $1,156 per month.
25  //
26  //
27
28

COMPLAINT/KVASHUK - 26

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE
5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

67.    Based on the above facts, I respectfully submit that there is probable cause to believe that VOLODYMYR KVASHUK committed the crime charged in Count 1, above.

MICHAEL SPIESS, Complainant
Special Agent
United States Secret Service

Based on the Complaint and Affidavit sworn to before me, and subscribed in my presence, the Court hereby finds that there is probable cause to believe the Defendant committed the offense set forth in the Complaint.

Dated this ____16____ day of July, 2019.

PAULA L. MCCANDLIS
United States Magistrate Judge

COMPLAINT/KVASHUK - 27

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970