UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>        v.<br><br>VOLODYMYR KVASHUK,<br><br>    Defendant. | CASE NO. MJ 19-321<br><br>DETENTION ORDER |

<u>Offense charged</u>:     Mail Fraud

<u>Date of Detention Hearing</u>:     July 19, 2019.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1.     Defendant is a native and citizen of Ukraine who has been living in the United States since 2015.  He originally obtained a visitor's visa and then acquired a work permit in

DETENTION ORDER
PAGE -1

2016. He is a software engineer and has worked for various companies in the Seattle area including Microsoft and Sinclair Digital as well as freelance work. He is charged by Complaint with Mail Fraud. The United States alleges that defendant utilized a simulated consumer purchase testing program to obtain property and digital currency from Microsoft, and then sold or redeemed the property and currency for financial gain of approximately $10 million. The government has seized a quantity of currency from bank accounts and bitcoin wallets, as well as various digital devices, but contends that over $7 million is unaccounted for.

    2.    The government states that Ukraine does not allow extradition of its citizens, and that defendant has family and other strong connections to that country. Defendant proffers evidence that his life would be in danger if he were to return to Ukraine, and states that he has applied for asylum in the United States.

    3.    Defendant poses a risk of nonappearance based on citizenship in and ties to Ukraine as well as the allegations of significant undiscovered liquid assets. Defendant poses a risk of economic danger based on the nature and circumstances of the alleged offense.

    4.    There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Probation Services Officer.

DATED this 19th day of July, 2019.

_____
Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER
PAGE -3